No. 93–8324.  LUPE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–8362.  GAREY *v.* OH ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–8384.  SAMUELS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–8485.  JACKSON *v.* DEPARTMENT OF THE TREASURY.  C. A. Fed. Cir.  Certiorari denied.

No. 93–8510.  MARK *v.* UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–8516.  PARRIS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–8564.  GERALD, AKA JONES *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 93–8618.  PRICE *v.* DEPARTMENT OF THE NAVY.  C. A. Fed. Cir.  Certiorari denied.

No. 93–8644.  VAN WINKLE *v.* KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 93–8663.  MINH TRONG *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–8685.  WRIGHT *v.* WHITLEY, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–8689.  VAN HAELE *v.* MONTANA.  Sup. Ct. Mont.  Certiorari denied.

No. 93–8691.  SPENCER *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–8692.  SINGLETON *v.* CARMICHAEL, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–8704.  FLORES-MARTINEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–8706.  RUIZ *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.